IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00224-WYD-BNB

DARRYL J. JEFFERSON,

    Plaintiff,

v.

NORTHWEST AIRLINES, INC.,

    Defendant.

**ORDER**

THIS MATTER is before the Court on Pro Se Plaintiff Darryl J. Jefferson's Motion to Dismiss, in the form of a letter requesting that his case be withdrawn, filed June 13, 2008 (docket #12). Having reviewed the motion and the premises therein, it is hereby

ORDERED that Plaintiff's Motion to Dismiss, filed June 13, 2008 (docket #12) is **GRANTED**. It is

FURTHER ORDERED that this case is **DISMISSED**.

Dated: June 23, 2008

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge